# United States District Court
# District of Massachusetts

LOUIS TENE,
    Plaintiff,

v.                         CIVIL ACTION NO. 13-10203-PBS

VASUDEV MANDYAM,
BETH ISRAEL DEACONESS
MEDICAL CENTER,
    Defendants.

## REPORT AND RECOMMENDATION ON DEFENDANTS VASUDEV MANDYAM, M.D. AND BETH ISRAEL DEACONESS MEDICAL CENTER'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) FOR LACK OF JURISDICTION OVER THE SUBJECT MATTER AND 12(b)(6) FOR FAILURE TO STATE A CLAIM (#7)

*[Handwritten margin notes: "7/1/13 I adopt the recommendation and dismiss the action without opposition. Patti B Saris"]*

*[Handwritten: "14"]*